AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JAIME SOTOMAYOR VEGA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.   13-8068-JMH<br>)<br>)<br>) |

FILED ___ D.C.
FEB - 8 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 7, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 841(a)(1) and (b)(1)(B)(vii)<br>18 USC Section 2 | Possession with Intent to Distribution a Controlled Substance |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joshua J. Woodbury, S/A HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/8/13

_____
*Judge's signature*

City and state:   West Palm Beach, FL        U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joshua Woodbury (the "Affiant"), being duly sworn, depose and state:

1.      I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI), and have been so employed for the past four years. Prior to HSI, I was employed as a United States Customs Inspector and Customs and Border Protection Officer for seven years. I received my Bachelors of Science degree in Criminal Justice from Westfield State College in May of 2000. As an employee with the United States Treasury and Department of Homeland Security, I have received training, and enforce Federal Laws to include those offenses described in Titles 8, 18, 19, and 21 of the United States Code.

2.      The facts set forth in this affidavit are based on my personal knowledge, observances, information obtained in this investigation from others, including other law enforcement officers, my reviews of documents, and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning the investigation, but have set forth only those facts necessary to establish probable cause to believe that Jaime SOTOMAYOR VEGA has committed a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vii) and Title 18, United States Code, Section 2.

3.      On February 7, 2013 while on patrol of the Intracoastal Waterway, located in Palm Beach County, Florida law enforcement observed a vessel tied up to the docks at Currie Park Marina, in West Palm Beach, Florida. Law enforcement observed three individuals on the dock next to the vessel bearing Florida registration FL9241LG. Law enforcement approached the area of the vessel and was engaged in conversation by a Hispanic male later identified as Jaime SOTOMAYOR VEGA. SOTOMAYOR VEGA asked the Officer about the law enforcement boat and indicated that he was going to go out fishing but lost a bearing on the prop and was waiting for his friends to come and pick him up. The Officer noticed that none of the fishing poles on the vessel were rigged with lures and one of the poles did not have a reel attached to it. At this time the Officer returned to his vessel and called his dispatch to verify the registration numbers on the vessel. At this time the Officer also called HSI because of the suspicious circumstance surrounding the boat. Upon arrival of HSI Agents, the vessel registration returned back to the Officer as stolen.

4.      HSI Agents contacted the Palm Beach County Sheriffs Office for assistance with a K-9 Narcotics Detection Dog. The narcotics dog upon entering the vessel alerted to the presence of narcotics in the forward area of the vessel, the center console, and to a cooler located in the back

of the vessel. Upon opening the hatch located on the center console of the vessel several packages of different shapes, sizes, and colored wrapping were observed. A total of 96 packages weighing an estimated 667.85 pounds of Marijuana were retrieved from the vessel. SOTOMAYOR VEGA was taken into custody along with two other individuals who arrived at Currie Park with a trailer (also stolen, and associated with the vessel) and truck to retrieve the vessel. All three individuals were taken to the HSI for questioning.

5.    During post Miranda questioning SOTOMAYOR VEGA indicated that he left the United States on or about February 5, 2013 and traveled to Bimini, Bahamas where he met with several unidentified males. SOTOMAYOR VEGA said that he stayed in the Bahamas overnight and on Wednesday night SOTOMAYOR VEGA and the unidentified Bahamian males fueled the vessel and met with another vessel that offloaded the narcotics into SOTOMAYOR VEGA'S vessel.

6.    SOTOMAYOR VEGA stated that he then left Bimini, Bahamas heading in a westerly direction back to the United States and arrived at Currie Park at roughly 4:00 AM on February 7, 2013. A phone call was placed to an individual that was supposed to meet him at the docks but was not there upon his arrival. SOTOMAYOR VEGA then went to Lantana Boat ramp located in Lantana, Florida and met with another individual, and then proceeded back to Currie Park where he was encountered be law enforcement around 09:15 AM on February 7, 2013.

7.    Based upon the foregoing, your affiant states that there is probable cause to believe that on or about February 7, 2013, Jaime SOTOMAYOR VEGA did knowingly possess with intent to distribute more than 100 kilograms of marijuana in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vii) and Title 18, United States Code, Section 2.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

JOSHUA WOODBURY, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn in the presence of
on 2-8-13

James M. Hopkins
US Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. __13- 8067-JMH__

**United States of America**

v.

**Jaime Sotomayor Vega**
_____/

**CRIMINAL COVER SHEET**

1. Did this case originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ____Yes __X__ No

2. Did this matter originate from a matter pending in the United States Attorney's Office prior to September 1, 2007? ____Yes __X__ No

                                           Respectfully submitted,

                                           WIFREDO A. FERRER
                                           UNITED STATES ATTORNEY

BY: _____
                                           A. LOTHROP MORRIS
                                           ASSISTANT UNITED STATES ATTORNEY
                                           Florida Bar No. 95044
                                           500 S. Australian Avenue, Suite 400
                                           West Palm Beach, Florida 33401-6235
                                           TEL (561) 820-8711
                                           FAX (561) 820-8777
                                           LothropMorris@usdoj.gov

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 13-8068-JMH

### BOND RECOMMENDATION

DEFENDANT: Jaime Sotomayor Vega

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Lothrop Morris

Last Known Address: _____

What Facility: _____

Agent(s):   HSI S/A Joshua J. Woodbury
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)